BSF | BOIES SCHILLER FLEXNER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2026

**VIA ECF**
The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

***Re: Halperin v. Cornell Capital LLC, et al., No. 1:25-cv-04890-MMG***

Dear Judge Garnett:

We write on behalf of the Cornell Defendants to request an adjournment of the post-fact discovery conference that the Court scheduled for December 22, 2026. (Order, ECF 150 at 2.) The undersigned counsel for the Cornell Defendants will be out of the country on the weeks of December 21 and December 28 for a pre-existing commitment. The Cornell Defendants respectfully request that the conference be adjourned to a date during the week of January 4, 2027, or as soon thereafter as the Court deems appropriate.

The Cornell Defendants have conferred with the Plaintiff and the other Defendants about this request. None have objected to the request, and the Trustee responded, "The Trustee takes no position on the request to move the hearing. We are reviewing our schedules but would prefer the hearing proceed on January 5 or after."

The Cornell Defendants therefore respectfully request that the conference currently scheduled for December 22, 2026, be adjourned to January 5, 2027, or as soon thereafter as the Court deems appropriate.

Respectfully submitted,

*/s/ Joshua I. Schiller*
Joshua I. Schiller
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
jischiller@bsfllp.com

*Counsel for the Cornell Defendants.*

GRANTED. The post-fact discovery conference scheduled for December 22, 2026, is hereby ADJOURNED until **January 21, 2027 at 9:30 a.m**.

SO ORDERED. Dated October 9, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE